**Original filed 5/1/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EARL ALLEN, | ) | No. C 06-2216 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF TRANSFER |
| | ) | |
| vs. | ) | |
| | ) | |
| K. HELLESVIG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 concerning an August 12, 2005 incident at Folsom State Prison. Plaintiff is currently incarcerated at Folsom State Prison. Because the acts complained of occurred in Sacramento County and the Defendants are located in Sacramento County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    This case is therefore TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). Based upon the transfer, the Court will not rule upon Plaintiff's motion to proceed in forma pauperis (docket no. 2).

Order of Transfer
P:\pro-se\sj.jf\cr.06\Allen216trans      1

1  The Clerk shall terminate all pending motions and transfer the entire file to the Eastern
2  District of California.
3       IT IS SO ORDERED.
4  DATED: 4/27/06

             JEREMY FOGEL
             United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Earl Allen
   K-19530
   Folsom State Prison
4  P.O. Box 715071
   Represa, CA  95671
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\cr.06\Allen216trans            3